**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CRADER, on Behalf of Himself and all Others Similarly Situated,<br><br>                          Plaintiff,<br>     v.<br><br>VITAMIN RESEARCH PRODUCTS, LLC,<br><br>                          Defendant. | Case No. 2:16-cv-00372-JAM-KJN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Hon. John A. Mendez |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steven Crader voluntarily dismisses the above captioned action without prejudice.

Dated: February 29, 2016                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Yeremey O. Krivoshey*
            Yeremey O. Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              apersinger@bursor.com
              ykrivoshey@bursor.com

*Attorneys for Plaintiff*